Katie CLIFFORD, Plaintiff–Appellant,

v.

DTG OPERATIONS, INC.,
Defendant–Appellee.

No. 11–15663.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 11, 2012.

Filed Oct. 9, 2012.

Richard Segerblom, Las Vegas, NV, for Plaintiff–Appellant.

Erin L. Malone, Esquire, Phelps Dunbar LLP, Tampa, FL, John E. Phillips, Phillips Goldstein, PC, Prescott, AZ, Mark J. Ricciardi, Esquire, Fisher & Phillips, LLP, Las Vegas, NV, for Defendant–Appellee.

Before: RAWLINSON, BYBEE, and ARNOLD *, Circuit Judges.

MEMORANDUM **

Appellant Katie Clifford (Clifford) appeals the district court's grant of summary judgment in favor of her former employer, appellee DTG Operations, Inc., on her claim of employment discrimination. We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Because the record does not contain evidence demonstrating pretext, Clifford cannot establish a genuine issue of material fact regarding whether her termination was unlawful. *See Hawn v. Exec. Jet Mgmt., Inc.*, 615 F.3d 1151, 1155 (9th Cir. 2010); *see also Vasquez v. Cnty. of Los Angeles*, 349 F.3d 634, 641 (9th Cir.2004), *as amended.* The inferences Clifford urged us to make do not "have roots in the evidence...." *Mueller v. Auker*, No. 11-35351, 2012 WL 3892960 (9th Cir. Sept. 10, 2012).

**AFFIRMED.**